Douglas A. Applegate (SBN 142000)
George M. Lee (SBN 172982)
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
101 Montgomery Street, 27th Floor
San Francisco, California  94104
Phone:  (415) 979-0500
Fax:      (415) 979-0511

Attorneys for Plaintiff
Ivy Rosequist, individually and dba
Wicker-Wicker-Wicker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVY ROSEQUIST, individually and doing
business as WICKER-WICKER-WICKER

         Plaintiff

vs.

MICHAEL TAYLOR DESIGNS, INC., a
California Corporation

         Defendant

Case No.:  08 1588 SBA

COMPLAINT

1.  VIOLATION OF THE LANHAM ACT
2.  BREACH OF CONTRACT

Jury Trial Demanded

I.

Summary of Lawsuit

1.   In 2005, after 30 years in business, Ivy Rosequist – a renowned interior designer and furniture designer specializing in furniture manufactured through the weaving process commonly known as wicker, as well as the owner of the San Francisco sole proprietorship named Wicker-Wicker-Wicker -- entered into an oral distributorship agreement with Michael Taylor Designs, Inc.  Under that agreement, Michael Taylor Designs, Inc. agreed to be the exclusive sales agent for Wicker-Wicker-Wicker's line of furniture (comprising approximately 300 separate furniture pieces), agreeing to display and promote the wicker furniture in each of its five showrooms, in exchange for a 25% commission on each sale.  Michael Taylor Designs, Inc. abused its position of trust as Wicker-Wicker-Wicker's exclusive sales agent, however, and used

1

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

1  its access to Wicker-Wicker-Wicker's designs and floor samples to create almost exact

2  duplicates of Wicker-Wicker-Wicker's most famous and successful designs – designs that have

3  been the subject of articles in numerous design magazines including Architectural Digest and

4  House & Digest, and designs that are part of the permanent collection of the San Francisco

5  Museum of Modern Art.  In or about the first week of March 2008, Michael Taylor Designs, Inc.

6  removed Wicker-Wicker-Wicker's floor samples from its showrooms, and replaced them with

7  cheap imitation knock-offs, while continuing to use pictures of Wicker-Wicker-Wicker's actual

8  products in its promotional and advertising materials.  Michael Taylor Designs, Inc. is now

9  proceeding to market and sell the unauthorized copies of Wicker-Wicker-Wicker's designs, even

10  referring to the imitation knock-offs with the same descriptive names that Wicker-Wicker-

11  Wicker created and has used for the last three decades.

12                                           II.

13                                        Parties

14       2.  Ivy Rosequist is an individual resident of San Mateo County, California, and is the

15  owner of the sole proprietorship named Wicker-Wicker-Wicker, a business located in San

16  Francisco, California.

17       3.  Defendant Michael Taylor Designs, Inc., is a California corporation, formed in 1985

18  by Michael Taylor (a renowned designer who died later that year) and Paul J. Weaver, its current

19  president.  Michael Taylor Designs, Inc. has its principal place of business in San Francisco,

20  California, with showrooms in five locations:  San Francisco, Los Angeles, New York, Chicago

21  and Miami.

22                                          III.

23                              Jurisdiction and Venue

24       4.  This action arises under a federal statute, 15 U.S.C. §1125.  Venue is proper in this

25  district in that all defendants reside in this district.

26

27

28

2

IV.

Factual Background

5.  After 11 years honing her design skills while working at the interior design department of Gumps in San Francisco, Ivy Rosequist in 1970 left to work with an up and coming designer named Michael Taylor.  Three years later, while staying in Lake Como, Italy, Ivy Rosequist conceived of a new way to use the wicker weaving process in furniture, and in September of 1973 she created the first wicker chair made with a dual wall construction woven to look like upholstered furniture.

6.  This use of the wicker process had never been done before, and when Ms. Rosequist showed the design to Michael Taylor upon returning to San Francisco, he recognized the inspiration and urged her to form a furniture business devoted to wicker – a business that he promised to help promote and use as a furniture source in his own rapidly growing interior design practice.  Mr. Taylor even proposed a name for the business:  Wicker-Wicker-Wicker.

7.  On November 13, 1973, Ms. Ivy Rosequist founded Wicker-Wicker-Wicker as a sole proprietorship headquartered in San Francisco, California, and she has owned and operated the business ever since.

8.  True to his word, Michael Taylor relied upon Wicker-Wicker-Wicker to supply wicker furniture for his design clients, and he helped promote the new company.  From June 17, 1975 through November 28, 1975, Michael Taylor also prepared sketches of proposed furniture pieces for Ms. Rosequist to consider using in Wicker-Wicker-Wicker's burgeoning line of furniture pieces.

9.  The next summer, in approximately August of 1976, Michael Taylor asked Ivy Rosequist to assist in providing some wicker furniture pieces for an interior design job that he had pending in Los Angeles for the movie star and art collector Jennifer Jones.  In September of 1976, Ms. Rosequist created detailed design drawings and specifications for an oversized wicker chair with luxurious fabric shaped cushions and a prominent ball pillow.  Ms. Rosequist also located a factory in Hong Kong to manufacture the chairs and she quickly traveled to Hong Kong to oversee the production of the chairs.  In November of 1976, she returned to San Francisco

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

3

COMPLAINT

1  with four chairs in tow, which were successfully placed in Jennifer Jones' home to much critical

2  acclaim.

3       10. The chair immediately became known as the "Jennifer Chair" and it quickly became



the core of Wicker-Wicker-Wicker's catalog of wicker furniture designs that has been sold continuously ever since. Wicker-Wicker-Wicker's current catalog of furniture offerings is attached hereto as Exhibit A.



11       11. The Lattice Chair is also among Wicker-Wicker-

12  Wicker's furniture pieces that have had enduring success and

13  that have been continuously part of Wicker-Wicker-Wicker's

14  catalog from approximately 1977 to the present (shown with an

15  open weave, but also available with a closed weave).

16       12. Wicker-Wicker-Wicker's furniture designs enjoyed rapid fame, and in 1978 Patricia

17  Corbin – who was an editor for House & Garden Magazine and a free-lance writer and design

18  columnist – published a book entitled "All About Wicker" that prominently featured color

19  photographs of numerous of Wicker-Wicker-Wicker's furniture designs, including the Jennifer

20  Large Chair (catalog item W1010), the Jennifer Large Sofa (catalog item W1012), the Square

21  Back Chair (catalog item W8010), the Tableskirt Table (catalog item W1401), and the 4 Panel

22  Screen (catalog item W1501).

23       13. From the outset, Wicker-Wicker-Wicker's furniture designs also had distinctive

24  characteristics that made them instantly recognizable to knowledgeable consumers. As Patricia

25  Corbin noted in a 1977 article in the New York Times: "At the top of the wicker heap are

26  designers Michael Taylor for Wicker-Wicker-Wicker . . . Michael Taylor of

27  Wicker-Wicker-Wicker is characterized by overscaled sizes of squared-off boxy shapes with flat

28  arms."

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

4

COMPLAINT

14. In 1990, Wicker-Wicker-Wicker added the Fishtail Design table base to its collection of wicker furniture (catalog item W1704):



15. Wicker-Wicker-Wicker's designs were also recognized as pieces of art, with their unique combination of aesthetic, non-functional elements (including bold, oversized dimensions, white cotton cushions, natural and light color combinations, large diameter reeds, graceful curves and angles and other design elements culminating in what came to be known as the "California Look"). On May 17, 1993, the San Francisco Museum of Modern Art accepted the Large Jennifer Chair as part of its permanent collection.

16. In 1998, Wicker-Wicker-Wicker also added the Square End Table to its collection (catalog item W2201).

17. In 1985, Michael Taylor formed a corporation, defendant Michael Taylor Designs, Inc. That corporation focused upon the design and sale of furniture *other than* wicker designs. And until his death later in 1985, the only wicker furniture designs that Michael Taylor ever created were the 1975 sketches that he created specifically for Ivy Rosequist and Wicker-Wicker-Wicker.

18. Wicker-Wicker-Wicker's furniture designs have been regularly featured in architectural and design magazines. And Wicker-Wicker-Wicker has enjoyed steady business, critical acclaim and a loyal following for more than 30 years.

19. In 2006, Wicker-Wicker-Wicker orally agreed to exclusively sell its furniture through Michael Taylor Designs, Inc.'s showrooms, with the payment of a 25% commission to Michael Taylor Designs, Inc. on each furniture sale. Michael Taylor Designs, Inc., in turn, acting through its president Paul Weaver, agreed that Wicker-Wicker-Wicker would be the exclusive source of wicker furniture in its showrooms.

20. Michael Taylor Designs, Inc. immediately announced the exclusivity agreement with a promotional mailing that was widely distributed (and which is attached hereto as Exhibit B.) The mailing prominently featured a color photograph of the Large Jennifer Chair and matching

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

5

1    ottoman.

2        21. At all times, Wicker-Wicker-Wicker honored the agreement, and forwarded a

3    25% commission payment to Michael Taylor Designs, Inc. even if customers contacted Ivy

4    Rosequist directly or stopped by Wicker-Wicker-Wicker's San Francisco business location.

5        22. Then, on February 13, 2008, Paul Weaver faxed a letter to Wicker-Wicker-Wicker

6    announcing that Michael Taylor Designs, Inc. had decided to create copies of

7    Wicker-Wicker-Wicker's designs in a synthetic wicker material. Over the years, Wicker-

8    Wicker-Wicker had occasionally had its designs manufactured in a synthetic wicker material.

9    Michael Taylor Designs, Inc.'s February 13, 2008 letter was thus not proposing a unique or new

10   manufacturing process. Rather, it was proposing to steal Wicker-Wicker-Wicker's designs, and

11   it purported to unilaterally establish a 10% royalty fee for the use of Wicker-Wicker-Wicker's

12   established designs. A true and correct copy of the February 13, 2008 letter is attached hereto as

13   Exhibit C.

14       23. Wicker-Wicker-Wicker responded on March 10, 2008 and unambiguously demanded

15   that Michael Taylor Designs, Inc. "immediately cease any and all efforts to produce, promote,

16   advertise or sell unauthorized copies of Wicker Wicker Wicker's designs." A true and correct

17   copy of the March 10, 2008 response is attached hereto as Exhibit D.

18       24. After a further exchange of correspondence, Michael Taylor Designs, Inc. on

19   March 20, 2008 stated by faxed letter that "To address your concerns, MTD has abandoned

20   development of items exclusively offered by WWW." The letter also announced that "Michael

21   Taylor Designs will no longer act as sales agent for Wicker Wicker Wicker" and it gave plaintiff

22   until April 11, 2008 to remove furniture samples from the five showrooms. A true and correct

23   copy of the March 20, 2008 letter is attached hereto as Exhibit E.

24       25. The very next day, Wicker-Wicker-Wicker made arrangements with a moving

25   company to remove its furniture samples from Michael Taylor Designs, Inc.'s Los Angeles

26   showroom, only to discover that the furniture had already been removed from the showroom

27   weeks earlier, without any notice to plaintiff. And on the showroom floor where

28   Wicker- Wicker-Wicker's furniture had previously been displayed were almost exact knockoffs

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

6

in a natural colored synthetic wicker weave, including direct copies of plaintiff's Lattice Chair (both open and closed weave), the Jennifer Large Chair, the Fishtail Design table base, and the Square End Table:



26. Contrary to the letter of March 20, 2008, Michael Taylor Designs, Inc. had plainly not abandoned its plans to copy Wicker-Wicker-Wicker's designs after all. Rather, the letter was apparently a ruse to postpone plaintiff's discovery that Michael Taylor Designs, Inc. was selling knock-offs until after the international design show called Westweek that begins on March 26, 2008 in the Pacific Design Center where Michael Taylor Designs, Inc. has its Los Angeles showroom.

27. The promotional materials widely circulated by Michael Taylor Designs, Inc. for the patrons of Westweek includes photographs of Wicker-Wicker-Wicker's actual furniture (which Michael Taylor Design, Inc. has removed from its showroom and is no longer selling), compounding the high risk that customers will visit Michael Taylor Designs, Inc. looking for Wicker-Wicker-Wicker's furniture, only to be unknowingly steered instead to cheap imitation knock-offs.

28. This lawsuit followed.

7

IV.

First Cause of Action

(Violation of the Lanham Act)

29. Plaintiff incorporates by reference as though set forth in full the allegations of paragraphs 1 through 28, above.

30. Plaintiff's furniture designs, including without limitations its designs for the Lattice Chair (both open and closed weave), the Jennifer Large Chair, the Fishtail Design table base, and the Square End Table, all are highly distinctive, original and unique designs that incorporate nonfunctional elements, including shape, texture, look and feel.

31. Michael Taylor Designs, Inc. has directly copied those nonfunctional and distinctive elements and has displayed the copied furniture for sale in its showrooms.

32. Plaintiff's furniture designs have acquired a secondary meaning, in that knowledgeable consumers associate the overall design and visual elements of, without limitations, the Lattice Chair (both open and closed weave), the Jennifer Large Chair, the Fishtail Design table base, and the Square End Table, with Wicker-Wicker-Wicker, and recognize that these furniture pieces have their origin with Wicker-Wicker-Wicker.

33. Consumers are likely to be confused and will naturally assume that the knock-offs currently being displayed in Michael Taylor Designs, Inc.'s showrooms are plaintiff's products.

34. By creating, promoting and offering for sale knock-offs and imitations of plaintiff's established furniture designs, including without limitation the Lattice Chair (both open and closed weave), the Jennifer Large Chair, the Fishtail Design table base, and the Square End Table, Michael Taylor Designs, Inc. has infringed upon plaintiff's trade dress, in violation of the provisions of section 43(a) of the Lanham Act, 15 U.S.C. §1125.

35. In addition, plaintiff for over 30 years has used the non-descriptive term "Jennifer" as a mark for its most popular line of furniture. Plaintiff is informed and believes, and thereon alleges, that in promoting the synthetic knock-offs of plaintiff's designs, Michael Taylor Designs, Inc. is also using the Jennifer mark.

36. Defendant's actions, unless enjoined, will cause irreparable harm and injury to

8

COMPLAINT

plaintiff and to consumers, in that it will substantially dilute and tarnish plaintiff's established

trade dress and mislead consumers about the true origins and nature of the cheap synthetic

knock-offs.  In addition to money damages, plaintiff is accordingly entitled to both a preliminary

and permanent injunction prohibiting the display, promotion, sale or offering for sale of any

wicker furniture (a) copied from plaintiff's established furniture designs; (b) attributed to the

design work by Michael Taylor; (c) designated in any way as part of the Jennifer collection; or

(d) likely to cause confusion to consumers about the origin of the furniture.

37. Plaintiff has and will continue to be damaged by virtue of defendant's unlawful

conduct, in a sum as yet undetermined but reasonably believed to exceed $100,000.

38. Defendant's infringement has been intentional, knowing and accompanied by fraud

and concealment.  Under section 35 of the Lanham Act (15 U.S.C. §1117), plaintiff is thus

entitled to three times its actual damages and, since exceptional circumstances exist, plaintiff is

entitled to recover not only its costs of suit, but also reasonable attorney's fees.

WHEREFORE, Plaintiff prays for relief as set forth below.

V.

Second Cause of Action

(Breach of Contract)

39.  Plaintiff incorporates by reference as though set forth in full the allegations of

paragraphs 1 through 38, above.

40.  In 2006, plaintiff and defendant entered into an oral contract, whereby

Wicker-Wicker-Wicker agreed to exclusively sell its furniture through Michael Taylor Designs,

Inc.'s showrooms, with the payment of a 25% commission to Michael Taylor Designs, Inc. on

each furniture sale.  Michael Taylor Designs, Inc., in turn, acting through its president Paul

Weaver, agreed that Wicker-Wicker-Wicker would be the exclusive source of wicker furniture in

its showrooms, and agreed to use its best efforts to promote and sell Wicker-Wicker-Wicker's

furniture.

41. By virtue of the covenant of good faith and fair dealing, as well as industry custom

and practice, the parties also agreed to act in a commercially reasonable manner with respect to

9

1  such things as providing notice of the termination of the exclusive relationship.

2    42. Plaintiff performed all tasks required of it under the parties' agreement.

3    43. Michael Taylor Designs, Inc. breached the parties' agreement by:  (a) failing since

4  approximately November of 2007 to exercise reasonable efforts to market and sell

5  Wicker-Wicker-Wicker's designs; (b) abusing its position of trust as plaintiff's exclusive sales

6  agent to create knock-offs of plaintiff's designs to be sold in direct competition to plaintiff;

7  (c) removing plaintiff's furniture from its showrooms without notice to plaintiff; and

8  (d) terminating the agreement without reasonable commercial notice and without the opportunity

9  for an orderly transition to a new sales agent.

10    44. By virtue of Michael Taylor Designs, Inc.'s breach of the parties' contract, plaintiff

11  has been damaged in a sum to be proved at trial and reasonably believed to exceed $50,000.

12    WHEREFORE plaintiff prays for relief as set forth below.

13                              VI.

14                             Prayer

15  Plaintiff prays for relief as follows:

16    1.  For general damages according to proof in a sum exceeding $100,000;

17    2.  For a preliminary and permanent injunction prohibiting the display, promotion, sale

18  or offering for sale of any wicker furniture (a) copied from plaintiff's established furniture

19  designs; (b) attributed to the design work by Michael Taylor; (c) designated in any way as part of

20  the Jennifer collection; or (d) likely to cause confusion to consumers.

21    3.  For a trebling of plaintiff's actual damages pursuant to section 35 of the Lanham Act;

22    4.  For costs of suit incurred;

23    5.  For reasonable attorney's fees; and

24    6.  For such further relief as the Court deems to be just and proper.

25  DATED:  March 2ʔ, 2008        SEILER EPSTEIN ZIEGLER & APPLEGATE LLP

26

27                              By:

28                                  Douglas A. Applegate
                                    Attorneys for plaintiff Ivy Rosequist
                                    individually and dba Wicker-Wicker-Wicker

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

COMPLAINT

1

## DEMAND FOR JURY TRIAL

2     Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of

3  Civil Procedure.

4     DATED: March _24_, 2008

5

6                                    SEILER EPSTEIN ZIEGLER & APPLEGATE LLP

7                                    By:

8                                          Douglas A. Applegate

9                                    Attorneys for plaintiff Ivy Rosequist
                                     individually and dba Wicker-Wicker-Wicker
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

11

COMPLAINT

**EXHIBIT A**



JENNIFER

| Model | Image | Description | Price | Finish | Yardage |
|---|---|---|---|---|---|
| W1010 |  | JENNIFER LARGE CHAIR<br>62"W X 53"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $3,300 | YELLOW STICK<br>DARK WICKER | REQUIRES 8 1/2 YARDS COM - PLAIN<br>REQUIRES 10 1/2 YARDS COM - PRINT |
| W1011 |  | JENNIFER LARGE OTTOMAN<br>45"W X 36"D X 10"H<br>ONE SEAT CUSHION | $1,620 | YELLOW STICK<br>DARK WICKER | REQUIRES 6 YARDS COM - PLAIN<br>REQUIRES 8 YARDS COM - PRINT |
| W1012 |  | JENNIFER LARGE SOFA<br>105"W X 53"D X 26"H<br>ONE SEAT CUSHION<br>THREE BACK AND TWO BALL PILLOWS | $6,300 | YELLOW STICK<br>DARK WICKER | REQUIRES 16 YARDS COM - PLAIN<br>REQUIRES 19 YARDS COM - PRINT |
| W1013 |  | JENNIFER LARGE CHAISE<br>62"W X 82"L X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $4,800 | YELLOW STICK<br>DARK WICKER | REQUIRES 14 1/2 YARDS COM - PLAIN<br>REQUIRES 16 1/2 YARDS COM - PRINT |
| W1020 |  | JENNIFER "BABY" CHAIR<br>49"W X 36"D X 26"H<br>ONE SEAT CUSHION<br>ONE BACK AND ONE BALL PILLOW | $2,400 | YELLOW STICK<br>DARK WICKER | REQUIRES 6 YARDS COM - PLAIN<br>REQUIRES 8 YARDS COM - PRINT |
| W1021 |  | JENNIFER "BABY" OTTOMAN<br>40"W X 20"D X 10"H | $1,200 | YELLOW STICK<br>DARK WICKER | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W1022 |  | JENNIFER "BABY" SOFA<br>84"W X 36"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $3,600 | YELLOW STICK<br>DARK WICKER | REQUIRES 12 YARDS COM - PLAIN<br>REQUIRES 16 YARDS COM - PRINT |
| W1023 |  | JENNIFER "BABY" CHAISE<br>49"W X 74"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $2,880 | YELLOW STICK<br>DARK WICKER | REQUIRES 9 YARDS COM - PLAIN<br>REQUIRES 12 YARDS COM - PRINT |
| W1030 |  | JENNIFER JR CHAIR<br>53"W X 44"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $2,880 | YELLOW STICK<br>DARK WICKER | REQUIRES 7 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |
| W1031 |  | JENNIFER JR OTTOMAN<br>45"W X 20"D X 10"H | $1,440 | YELLOW STICK<br>DARK WICKER | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W1032 |  | JENNIFER JR SOFA<br>96"W X 44"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $4,200 | YELLOW STICK<br>DARK WICKER | REQUIRES 16 YARDS COM - PLAIN<br>REQUIRES 19 YARDS COM - PRINT |
| W1033 |  | JENNIFER JR CHAISE<br>53"W X 74"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOW | $3,600 | YELLOW STICK<br>DARK WICKER | REQUIRES 14 YARDS COM - PLAIN<br>REQUIRES 16 YARDS COM - PRINT |

| W1033 | JENNIFER-R CHAISE ... | YELLOWSTICK | ... |
|---|---|---|---|
| | ONE SEAT CU... N | DARK WICKER | |
| | TWO BACK AND ONE BALL PILLOW | | |

| W104/36 | JENNIFER POOF - 36" DIAMETER  $980 | YELLOW STICK | REQUIRES 5 YARDS COM - PLAIN |
|---|---|---|---|
| | WITH "PUDDLE" OR BOXED CUSHION | DARK WICKER | REQUIRES 7 YARDS COM - PRINT |
| | | | SPECIFY "PUDDLE" OR BOXED CUSHION |
| W104/48 | SAME AS ABOVE  $1,200 | | REQUIRES 7 YARDS COM - PLAIN |
| | 48" DIAMETER | | REQUIRES 9 YARDS COM - PRINT |
| W104/60 | SAME AS ABOVE  $1,440 | | REQUIRES 9 YARDS COM - PLAIN |
| | 60" DIAMETER | | REQUIRES 11 YARDS COM - PRINT |
| W104/72 | SAME AS ABOVE  $1,680 | | REQUIRES 11 YARDS COM - PLAIN |
| | 72" DIAMETER | | REQUIRES 13 YARDS COM - PRINT |

| W105/T | JENNIFER DAYBED - TWIN SIZE  $3,300 | YELLOW STICK | REQUIRES 14 YARDS COM - PLAIN |
|---|---|---|---|
| | 39"W X 99"D X 26"H | | REQUIRES 16 YARDS COM - PRINT |
| | ONE SEAT CUSHION | | |
| | TWO SIDE PILLOWS OR ONE | | SPECIFY SIDE PILLOWS OR "PUDDLE" CUSHION |
| | "PUDDLE" CUSHION | | |
| W105/D | SAME AS ABOVE - CALL FOR QUOTE | | REQUIRES ? YARDS COM - PLAIN |
| | DOUBLE SIZE | | REQUIRES ? YARDS COM - PRINT |
| | | | SPECIFY SIDE PILLOWS OR "PUDDLE" CUSHION |
| W105/Q | SAME AS ABOVE - CALL FOR QUOTE | | REQUIRES ? YARDS COM - PLAIN |
| | QUEEN SIZE | | REQUIRES ? YARDS COM - PRINT |
| | | | SPECIFY SIDE PILLOWS OR "PUDDLE" CUSHION |
| W105/K | SAME AS ABOVE - CALL FOR QUOTE | | REQUIRES ? YARDS COM - PLAIN |
| | KING SIZE | | REQUIRES ? YARDS COM - PRINT |
| | | | SPECIFY SIDE PILLOWS OR "PUDDLE" CUSHION |

| W106/T | JENNIFER BED - TWIN SIZE  $1,620 | YELLOW STICK | PLATFORM RECESSED TO RECEIVE MATTRESS |
|---|---|---|---|
| | 41"W X 89"D X 26"H | | |
| | FOR MATTRESS SIZE, 38"W X 74"D | | ACCEPTS MATTRESS ONLY  NO BOXSPRINGS NEEDED |
| | | | INNER SPRING MATTRESS RECOMMENDED; PRICE QUOTED |
| | | | UPON REQUEST |
| W106/D | SAME AS ABOVE - DOUBLE SIZE  $2,040 | | ALL JENNIFER BED FRAMES ARE CUSTOM ORDERED |
| | 55"W X 89"D X 26"H | | |
| | FOR MATTRESS SIZE,53"W X 74"D | | CUSTOM SIZES AVAILABLE UPON REQUEST, CALL FOR |
| W106/Q | SAME AS ABOVE - QUEEN SIZE  $2,400 | | QUOTATION |
| | 63"W X 94"D X 26"H | | |
| | FOR MATTRESS SIZE,60"W X 80"D | | |
| W106/K | SAME AS ABOVE - KING SIZE  $2,880 | | |
| | 75"W X 98"D X 26"H | | |
| | FOR MATTRESS SIZE,72"W X 84"D | | |

| W107/T | JENNIFER HEADBOARD - TWIN SIZE | YELLOW STICK | ALL JENNIFER BED FRAMES ARE CUSTOM ORDERED |
|---|---|---|---|
| | 40"W X 12"D X 26"H | | |
| | CALL FOR QUOTE | | |
| W107/D | SAME AS ABOVE - DOUBLE SIZE | | |
| | 54"W X 12"D X 26"H | | |
| | CALL FOR QUOTE | | |
| | | | CUSTOM SIZES AVAILABLE UPON REQUEST, CALL FOR |
| W107/Q | SAME AS ABOVE - QUEEN SIZE | | QUOTATION |
| | 62"W X 12"D X 26"H | | |
| | CALL FOR QUOTE | | |
| W107/K | SAME AS ABOVE - KING SIZE | | |
| | 74"W X 12"D X 26"H | | |
| | CALL FOR QUOTE | | |

## TINY TIM

| W2010 | TINY TIM CHAIR  $720 | YELLOW STICK | REQUIRES 2 1/2 YARDS COM - PLAIN |
|---|---|---|---|
| | 18"W X 24"D X 21"H | | REQUIRES 2 1/2 YARDS COM - PRINT |
| | ONE "PUDDLE" CUSHION | | |
| W2024 | TINY TIM BENCH  $1,200 | YELLOW STICK | REQUIRES 2 YARDS COM - PLAIN |
| | 57"W X 26"D X 21"H | | REQUIRES 2 YARDS COM - PRINT |
| | ONE SEAT CUSHION | | |

W3010
BUMB OTTOMAN
$900  YELLOW STICK
NO C..
DARK WICKER

REQUIRES ... PERSON PLU...
REQUIRES 1 YARDS COM - PRINT

ADD $300 FOR BOXED CUSHION

## 'T' BACK

| Code | Description | Price | Material | Requirements |
|------|-------------|-------|----------|--------------|
| W4010 | 'T' BACK CHAIR<br>31"W X 34"D X 30"H<br>ONE SEAT CUSHION<br>ONE BACK PILLOW | $1,620 | YELLOW STICK | REQUIRES 7 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |
| W4011 | 'T' BACK OTTOMAN<br>31"W X 22"D X 11"H<br>ONE SEAT CUSHION | $900 | YELLOW STICK | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W4012 | 'T' BACK SOFA<br>90"W X 34"D X 30"H<br>ONE SEAT CUSHION<br>TWO BACK PILLOWS | $3,750 | YELLOW STICK | REQUIRES 16 YARDS COM - PLAIN<br>REQUIRES 20 YARDS COM - PRINT<br><br>OPTIONAL TWO SEAT CUSHIONS, NO ADDITIONAL CHARGE |
| W4013/T | 'T' BACK CHAISE - TWIN SIZE<br>31"W X 66"D X 30"H<br>ONE SEAT CUSHION<br>ONE BACK PILLOW | $3,300 | YELLOW STICK | REQUIRES  YARDS COM - PLAIN<br>REQUIRES  YARDS COM - PRINT |

## ROLL ARM

| Code | Description | Price | Material | Requirements |
|------|-------------|-------|----------|--------------|
| W5010 | ROLL ARM CHAIR<br>31"W X 34"D X 31"H<br>ONE SEAT CUSHION<br>ONE BACK PILLOW | $1,620 | YELLOW STICK<br>DARK WICKER | REQUIRES 7 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |
| W5011 | ROLL ARM OTTOMAN<br>31"W X 22"D X 11"H<br>ONE SEAT CUSHION | $900 | YELLOW STICK<br>DARK WICKER | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W5012 | ROLL ARM SOFA<br>90"W X 34"D X 31"H<br>ONE SEAT CUSHIONS<br>TWO BACK PILLOWS | $3,750 | YELLOW STICK<br>DARK WICKER | REQUIRES 16 YARDS COM - PLAIN<br>REQUIRES 20 YARDS COM - PRINT<br><br>OPTIONAL TWO SEAT CUSHIONS, NO ADDITIONAL CHARGE |
| W5013/T | ROLL ARM CHAISE - TWIN SIZE<br>32"W X 66"D X 31"H<br>ONE SEAT CUSHION<br>ONE BACK PILLOW | $3,300 | YELLOW STICK<br>DARK WICKER | REQUIRES  YARDS COM - PLAIN<br>REQUIRES  YARDS COM - PRINT |

4

| Model | Description | Price | Wicker/Reed | Yardage |
|---|---|---|---|---|
| W6010/S | CHAIR - SMALL<br>40"W...<br>X 26"H<br>ONE SL... CUSHION<br>ONE BACK PILLOW | | YELLOW STICK | REQUIRES 6 YARDS COM - PLAIN<br>REQUIRES 8 YARDS COM - PRINT |
| W6011/S | IVY ANGLE BACK OTTOMAN<br>SMALL<br>36"W X 20"D X 6"H<br>ONE SEAT CUSHION | $900 | YELLOW STICK | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W6010/L | IVY ANGLE BACK CHAIR - LARGE<br>48"W X 45"D X 26"H<br>ONE SEAT CUSHION<br>ONE BACK PILLOW | $2,400 | YELLOW STICK | REQUIRES 7 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |
| W6011/L | IVY ANGLE BACK OTTOMAN<br>LARGE<br>45"W X 20"D X 6"H<br>ONE SEAT CUSHION | $1,440 | YELLOW STICK | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W6012/L | IVY ANGLE BACK SOFA - LARGE<br>96"W X 45"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK PILLOWS | $3,750 | YELLOW STICK | REQUIRES 15 YARDS COM - PLAIN<br>REQUIRES 18 YARDS COM - PRINT |

**FLARED ARM**

| Model | Description | Price | Wicker/Reed | Yardage |
|---|---|---|---|---|
| W7010 | FLARED ARM CHAIR<br>96"W X 45"D X 26"H<br>ONE SEAT CUSHION<br>TWO BACK PILLOWS | $1,620 | YELLOW STICK | REQUIRES 7 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |
| W7011 | FLARED ARM OTTOMAN<br>32"W X22" D X 10"H<br>ONE SEAT CUSHION | $900 | YELLOW STICK | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W7012 | FLARED ARM SOFA<br>90"W X 34"D X 32"H<br>ONE O SEAT CUSHION<br>TWO BACK PILLOWS | $3,750 | YELLOW STICK | REQUIRES 16 YARDS COM - PLAIN<br>REQUIRES 20 YARDS COM - PRINT |

**SQUARE BACK**

| Model | Description | Price | Wicker/Reed | Yardage |
|---|---|---|---|---|
| W8010/S | SQUARE BACK CHAIR - SMALL<br>34"W X 32"D X 28"H<br>ONE SEAT CUSHION<br>ONE BACK PILLOW | $1,200 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER<br>NEW REED | REQUIRES 4 YARDS COM - PLAIN<br>REQUIRES 5 1/2 YARDS COM - PRINT |
| W8010/M | SAME AS ABOVE - MEDIUM<br>38"W X 39"D X 28"H | $1,440 | | REQUIRES 4 1/2 YARDS COM - PLAIN<br>REQUIRES 6 YARDS COM - PRINT |
| W8010/L | SAME AS ABOVE - LARGE<br>40"W X 44"D X 28"H | $1,620 | | REQUIRES 5 YARDS COM - PLAIN<br>REQUIRES 7 YARDS COM - PRINT |
| W8011/S | SQUARE BACK OTTOMAN<br>SMALL<br>25"W X 21"D X 12"H<br>ONE SEAT CUSHION | $600 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER<br>NEW REED | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W8011/M | SAME AS ABOVE - MEDIUM<br>28"W X 21"D X 12"H | $720 | | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |
| W8011/L | SAME AS ABOVE - LARGE<br>31"W X 22"D X 12"H | $900 | | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 3 YARDS COM - PRINT |

5

**SQUARE BACK CONTINUED**

| | | | | |
|---|---|---|---|---|
| W6012/S | | SQUARE BACK SOFA - SMALL<br>72"W X 42"D    H<br>ONE SEAT CUSHION<br>TWO BACK PILLOW<br>ONE BALL PILLOW | $3,300 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER<br>NEW REED | ...UIRES 10 YARDS COM - PLAIN<br>...UIRES 12 YARDS COM - PRINT |
| W6012/M | | SAME AS ABOVE - MEDIUM<br>90"W X 42"D X 28"H<br>ONE SEAT CUSHION<br>THREE-BACK PILLOWS<br>TWO BALL PILLOWS | $3,750 | | REQUIRES 11 1/2 YARDS COM - PLAIN<br>REQUIRES 14 YARDS COM - PRINT |
| W6012/L | | SAME AS ABOVE - LARGE<br>96"W X 48"D X 28"H<br>ONE SEAT CUSHION<br>THREE BACK PILLOWS<br>TWO BALL PILLOWS | $4,200 | | REQUIRES 12 YARDS COM - PLAIN<br>REQUIRES 15 YARDS COM - PRINT<br><br>OPTIONAL TWO SEAT CUSHIONS, NO ADDITIONAL CHARGE |
| W6013/L | | SQUARE BACK SOFA  OTTOMAN<br>LARGE<br>78"W X 28"D X 12"H<br>ONE SEAT CUSHION | $2,040 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER<br>NEW REED | REQUIRES 6 YARDS COM - PLAIN<br>REQUIRES 8 YARDS COM - PRINT |

**CACTUS**

| | | | | |
|---|---|---|---|---|
| W901 | | CACTUS SIDE CHAIR<br>18"W X 23"D X 38"H<br>ONE SEAT CUSHION | $510 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER<br>NEW REED | REQUIRES 1 1/2 YARDS COM - PLAIN<br>REQUIRES 2 YARDS COM - PRINT |
| W902 | | CACTUS ARM CHAIR<br>25"W X 24"D X 39"H<br>ONE SEAT CUSHION | $630 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER<br>NEW REED | REQUIRES 2 YARDS COM - PLAIN<br>REQUIRES 2 1/2 YARDS COM - PRINT |

**LATTICE**

| | | | | |
|---|---|---|---|---|
| W1001 | | LATTICE ARM CHAIR<br>OPEN WEAVE<br>28"W X 29"D X 42"H<br>ONE SEAT CUSHION | $680 | HEAVY YELLOW STICK | REQUIRES 1 YARDS COM - PLAIN<br>REQUIRES 1 1/2 YARDS COM - PRINT |
| W1002 | | LATTICE ARM CHAIR<br>CLOSED  WEAVE<br>28"W X 29"D X 42"H<br><br>ONE SEAT CUSHION | $780 | HEAVY YELLOW STICK | REQUIRES 1 YARDS COM - PLAIN<br>REQUIRES 1 1/2 YARDS COM - PRINT |

**CHINESE PEEL**

| | | | | |
|---|---|---|---|---|
| W1101 | | CHINESE PEEL ARM CHAIR<br>30"W X 22"D X 38"H<br>ONE SEAT CUSHION | $680 | PEEL | REQUIRES 1 YARDS COM - PLAIN<br>REQUIRES 1 YARDS COM - PRINT |

**SHAKER**

| | | | | |
|---|---|---|---|---|
| W1201 | | SHAKER WING CHAIR<br>28"W X 29"D X 57"H<br>ONE SEAT CUSHION<br>ONE BACK PAD | $1,440 | NEW REED<br>DARK WICKER | REQUIRES 5 YARDS COM - PLAIN<br>REQUIRES 5 YARDS COM - PRINT |
| W1202 | | SHAKER WING SETTEE<br>52"W X 29"D X 57"H<br>ONE SEAT CUSHION<br>ONE BACK PAD | $2,400 | NEW REED<br>DARK WICKER | REQUIRES 8 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |

| | | | | |
|---|---|---|---|---|
| W1301/T | | HEADBOARD - TWIN SIZE<br>41"W X 7 1/2"D X 42"H | $420 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE UPON REQUEST, CALL FOR QUOTATION |
| W1301/D | | SAME AS ABOVE - DOUBLE SIZE<br>56"W X 7 1/2"D X 42"H | $540 | | |
| W1301/Q | | SAME AS ABOVE - QUEEN SIZE<br>63"W X 7 1/2"D X 42"H | $630 | | |
| W1301/K | | SAME AS ABOVE - KING SIZE<br>74"W X 7 1/2"D X 42"H | $810 | | |

## TABLE SKIRTS

| | | | | |
|---|---|---|---|---|
| W1401/T | | TABLESKIRT - TINY<br>24" DIAMETER TOP X 23"H<br>38"DIAMETER BOTTOM | $660 | YELLOW STICK<br>DARK WICKER |
| W1401/S | | SAME AS ABOVE - SMALL<br>30" DIAMETER TOP X 29 1/2" HIGH<br>43" DIAMETER BOTTOM | $1,200 | |
| W1401/M | | SAME AS ABOVE - MEDIUM<br>38" DIAMETER TOP X 31"H<br>54" DIAMETER BOTTOM | $1,800 | |
| W1401/L | | SAME AS ABOVE - LARGE<br>52" DIAMETER TOP X 31"H<br>72"DIAMETER BOTTOM | $2,640 | |

## SCREENS/ PANELS

| | | | | |
|---|---|---|---|---|
| W1501/96 | | 4 PANEL SCREEN - 96"H<br>EACH PANEL 30"W | $2,700 | YELLOW STICK<br>DARK WICKER | WICKER MATERIAL WOVEN ON METAL FRAME |
| W1501/118 | | SAME AS ABOVE - 118"H<br>EACH PANEL 30"W | $3,200 | | |
| W1502 | | WINDOW PANELS<br>CUSTOM | | YELLOW STICK<br>DARK WICKER | ALL WINDOW PANELS MADE CUSTOM<br>CALL FOR QUOTATION |

## DRUMS, CUBES & WEDGES

| | | | | |
|---|---|---|---|---|
| W1601/S | | DRUM TABLE - SMALL<br>24" DIAMETER X 24"H | $600 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE.<br>CALL FOR QUOTATION |
| W1601/M | | SAME AS ABOVE - MEDIUM<br>30" DIAMETER X 29"H | $820 | | |
| W1601/L | | SAME AS ABOVE - LARGE<br>38" DIAMTER X 24"H | $1,200 | | |
| W1602/S | | CUBE TABLE - SMALL<br>24"W X 24"D X 16"H | $600 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE.<br>CALL FOR QUOTATION |
| W1602/M | | SAME AS ABOVE - MEDIUM<br>30"W X 30"D X 18"H | $820 | | |
| W1602/L | | SAME AS ABOVE - LARGE<br>34"W X 34"D X 28"H | $1,200 | | |
| W1603/S | | WEDGE TABLE - SMALL<br>30"W X 44"D X 18"H | $600 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE.<br>CALL FOR QUOTATION |
| W1603/M | | SAME AS ABOVE - MEDIUM<br>36"W X 48"D X 20"H | $820 | | |
| W1603/L | | SAME AS ABOVE - LARGE<br>42"W X 52"D X 28"H | $1,200 | | |

| Model | Image | Description | Price | Finish | Notes |
|---|---|---|---|---|---|
| W1701/S | | FISHTAIL CONSOLE - SMALL<br>24"W X 16"D X 36"H | $600 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W1701/M | | SAME AS ABOVE - MEDIUM<br>36"W X 18"D X 36"H | $820 | | CAN BE REINFORCED FOR USE WITH STONE TOP.  AN UPCHARGE F/<br>THIS WILL APPLY, CALL FOR QUOTATION |
| W1702/M | | FISHTAIL CONSOLE - MEDIUM<br>36"W X 16"D X 29"H | $820 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W1702/L | | SAME AS ABOVE - LARGE<br>60"W X 18"D X 29"H | $1,200 | | CAN BE REINFORCED FOR USE WITH STONE TOP.  AN UPCHARGE F<br>THIS WILL APPLY, CALL FOR QUOTATION |
| W1703/M | | FISHTAIL END TABLE - MEDIUM<br>34"W X 30"D X 22"H | $820 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W1703/L | | SAME AS ABOVE - LARGE<br>36"W X 34"D X 26"H | $1,200 | | CAN BE REINFORCED FOR USE WITH STONE TOP.  AN UPCHARGE F<br>THIS WILL APPLY, CALL FOR QUOTATION |
| W1704 | | FISHTAIL SQUARE TABLE WITH<br>4 SIDES FISHTAIL<br>16"W X 16"D X 22"H | $600 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| | | | | | CAN BE REINFORCED FOR USE WITH STONE TOP.  AN UPCHARGE F<br>THIS WILL APPLY, CALL FOR QUOTATION |
| W1705 | | FISHTAIL SQUARE TABLE WITH<br>2 SIDES FISHTAIL<br>16"W X 16"D X 22"H | $600 | YELLOW STICK<br>DARK WICKER<br>NEW REED | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| | | | | | CAN BE REINFORCED FOR USE WITH STONE TOP.  AN UPCHARGE<br>THIS WILL APPLY, CALL FOR QUOTATION |

## OVAL LOUNGE

| Model | Image | Description | Price | Finish | Notes |
|---|---|---|---|---|---|
| W1801/S | | OVAL LOUNGE - SINGLE<br>80"W X 34"D X 34"H<br>ONE SEAT CUSHION<br>ONE BACK AND ONE BALL PILLOWS | $2,880 | YELLOW STICK<br>DARK WICKER | REQUIRES 7 YARDS COM - PLAIN<br>REQUIRES 9 YARDS COM - PRINT |
| W1801/D | | OVAL LOUNGE - DOUBLE<br>80"W X 48"D X 34"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOWS | $3,200 | | REQUIRES 12 YARDS COM - PLAIN<br>REQUIRES 14 YARDS COM - PRINT |
| W1801/L | | OVAL LOUNGE - LARGE<br>80"W X 63"D X 34"H<br>ONE SEAT CUSHION<br>TWO BACK AND ONE BALL PILLOWS | $4,920 | | REQUIRES 15 YARDS COM - PLAIN<br>REQUIRES 18 YARDS COM - PRINT |

| Model | Description | Price | Finish | Notes |
|---|---|---|---|---|
| W1901/S | 48"W X 42"... ...H | | YELLOW STICK<br>DARK WICKER | CUSTOM SIZES AVAILABLE<br>L FOR QUOTATION |
| W1901/L | COFFEE TABLE - LARGE<br>68"W X 48"D X 21"H | $2,580 | | |
| W2001/M | BEDSIDE/CONSOLE TABLE-MEDIUM<br>40"W X 30"D X 30"H | $1,800 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W2001/L | BEDSIDE/CONSOLE TABLE-LARGE<br>68"W X 34"D X 30"H | $2,400 | | |
| W2101/M | GALLERY TABLE - MEDIUM<br>84"W X 22"D X 34"H | $2,100 | YELLOW STICK<br>DARK WICKER<br>LIGHT WICKER | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W2101/L | GALLERY TABLE - LARGE<br>105"W X 22"D X 34"H | $2,880 | | |
| W2201/S | SQUARE END TABLE - SMALL<br>18"W X 18"D X 20"H | $360 | YELLOW STICK<br>DARK WICKER<br><br>LIGHT WICKER | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W2201/M | SQUARE END TABLE - MEDIUM<br>24"W X 24"D X 20"H | $560 | | |
| W2201/L | SQUARE END TABLE - LARGE<br>30"W X 30"D X 22"H | $720 | | |
| W2202 | GAME TABLE<br>36"W X 36"D X 30"H | $960 | YELLOW STICK<br>DARK WICKER | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |
| W2203 | DINING TABLE<br>72"W X 36"D X 31"H | $2,400 | YELLOW STICK<br>DARK WICKER | CUSTOM SIZES AVAILABLE<br>CALL FOR QUOTATION |

**FOLDING FURNITURE**

| Model | Description | Price | Finish | Notes |
|---|---|---|---|---|
| W2301 | FOLDING SIDE CHAIR<br>20"W X 21"D X 33"H | $240 | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA,<br>SUNFLOWER, WHITE | |
| W2302 | FOLDING ARM CHAIR<br>21"W X 22"D X 33"H | $300 | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA,<br>SUNFLOWER, WHITE | |

| Item | | Description | Price | Fabric | Notes |
|---|---|---|---|---|---|
| W2303 | | FOLDING STOOL - ROUND 13" DIA X 17"H | | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |
| W2304 | | FOLDING STOOL - SQUARE 13"W X 13"D X 17"H | $120 | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |
| W2305/30 | | FOLDING TABLE - 30" ROUND 30" DIAMETER X 28 1/2"H | $390 | SPECIAL WEAVE<br><br>COLORS: | |
| W2305/36 | | FOLDING TABLE - 36" ROUND 36" DIAMETER X 28 1/2"H | $420 | BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |
| W2305/48 | | FOLDING TABLE - 48" ROUND 48" DIAMETER X 28 1/2"H | $510 | | |
| W2305/60 | | FOLDING TABLE - 60" ROUND 60" DIAMETER X 28 1/2"H | $720 | | |
| W2306 | | FOLDING TABLE - SQUARE 36"W X 36"D X 28 1/2"H | $420 | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |
| W2307 | | FOLDING TABLE - RECTANGULAR 24"W X 17 1/2"D X 26"H | $330 | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |
| W2308 | | FOLDING LUGGAGE RACK 27"W X 20"D X 20"H | $360 | SPECIAL WEAVE<br><br>COLORS:<br>BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |
| W2309/S | | FOLDING TV TABLE - SMALL 20"W X 18"D X 32"H | $360 | SPECIAL WEAVE<br><br>COLORS: | |
| W2309/L | | FOLDING TV TABLE - LARGE 24"W X 22"D X 32"H | $390 | BUBBLE GUM, PISTCIO, AQUA, SUNFLOWER, WHITE | |

## MICHAEL'S SOFA

| Item | | Description | Price | Fabric | Notes |
|---|---|---|---|---|---|
| W2400/M | | MICHAEL'S SOFA WITH WICKER DECK 86"W X 51"D X 28"H ONE LOOSE SEAT CUSHION TWO LARGE BACK PILLOWS THREE ACCENT PILLOWS | $5,600 | YELLOW STICK | REQUIRES 15 YARDS COM - PLAIN REQUIRES 18 YARDS COM - PRINT OPTIONAL PILLOW FRINGE REQUIRES 25 YARDS CO FRINGE |
| W2400/L | | MICHAEL'S SOFA WITH WICKER DECK 102"W X 51"D X 28"H ONE LOOSE SEAT CUSHION TWO LARGE BACK PILLOWS THREE ACCENT PILLOWS | $6,500 | YELLOW STICK | REQUIRES 20 YARDS COM - PLAIN REQUIRES 23 YARDS COM - PRINT OPTIONAL PILLOW FRINGE REQUIRES 30 YARDS CO FRINGE |
| W2401/M | | MICHAEL'S SOFA WITH UPHOLSTERED DECK 86"W X 51"D X 28"H ONE LOOSE SEAT CUSHION TWO LARGE BACK PILLOWS THREE ACCENT PILLOWS | $6,500 N | YELLOW STICK | REQUIRES 18 YARDS COM - PLAIN REQUIRES 21 YARDS COM - PRINT OPTIONAL PILLOW FRINGE REQUIRES 25 YARDS CO FRINGE |
| W2401/L | | MICHAEL'S SOFA WITH UPHOLSTERED DECK 102"W X 51"D X 28"H ONE LOOSE SEAT CUSHION TWO LARGE BACK PILLOWS THREE ACCENT PILLOWS | $7,500 | YELLOW STICK | REQUIRES 23 YARDS COM - PLAIN REQUIRES 26 YARDS COM - PRINT OPTIONAL PILLOW FRINGE REQUIRES 30 YARDS CO FRINGE |



**EXHIBIT B**



# M
# T

## MICHAEL TAYLOR DESIGNS, INC.

IS PLEASED TO ANNOUNCE
THE EXCLUSIVE REPRESENTATION OF

*wicker. wicker. wicker*

"ADD WICKER TO A ROOM AND YOU ADD LIFE"
—MICHAEL TAYLOR

SAN FRANCISCO
415-558-9940

NEW YORK    CHICAGO    LOS ANGELES    DANIA / MIAMI
WWW.MICHAELTAYLORDESIGNS.COM

**EXHIBIT C**



MICHAEL TAYLOR DESIGNS, INC    155 RHODE ISLAND STREET   SAN FRANCISCO   CALIFORNIA   94103   TEL 415 558 9940   FAX 415 558 8770

February 13, 2008

Ms. Ivy Rosequist
Mr. William Giffin
Wicker Wicker Wicker
485 B Carolina Street
San Francisco, CA  94107

Dear Ivy and William,

In the next few weeks Michael Taylor Designs will introduce a new collection of outdoor wicker. All of Michael's designs are being offered in synthetic wicker. The materials are beautifully hand woven onto powder coated frames and the quality is superior to anything I have seen on the market.

This enables us to offer our clients the choice of natural wicker from Wicker Wicker Wicker as well as synthetic wicker from Michael Taylor Designs. The product line includes several designs currently offered by Wicker Wicker Wicker, designs offered by Michael Taylor Designs as well as several new designs. All Michael Taylor Designs showrooms and sales representatives will be sampled. Based on client inquiries for outdoor wicker over the past two years, we expect the response to be significant.

You will receive a payment of ten percent on sales for items also offered in natural wicker by your company. I am very pleased to be able to expand our business which will provide a second source of payments to you. Your continued participation and support is appreciated.

A press release is now being distributed and I look forward to showing you the products when they arrive next month.

All best wishes to you both,

Paul J. Weaver
President
Michael Taylor Designs, Inc.

**EXHIBIT D**

# SEILER
# EPSTEIN
# ZIEGLER &
# APPLEGATE LLP

**Attorneys at Law**

daa@sezalaw.com

March 10, 2008

**By Messenger and US Mail**

Paul J. Weaver, President
Michael Taylor Designs, Inc.
155 Rhode Island Street
San Francisco, California  94103

     Re:  Wicker Wicker Wicker / Ivy Rosequist

Dear Mr. Weaver:

     Ivy Rosequist and her company, Wicker Wicker Wicker, have retained us to respond to your letter dated February 13, 2008, and to take all necessary steps to protect Wicker Wicker Wicker, its established reputation, its business and its intellectual property rights.

     Ms. Rosequist has stressed to us her long and enjoyable history of working with you, including most recently her design work for your showrooms, and the joint exclusivity agreement over the last two years in which your company has been the exclusive outlet for sales of Wicker Wicker Wicker's furniture and, in turn, Wicker Wicker Wicker has been the exclusive source of wicker furniture in your showrooms, with dedicated space in each showroom for the display of Wicker Wicker Wicker's furniture. Ms. Rosequist has, in short, valued you as a business colleague and friend.

     All of which has made your letter of February 13, 2008 that much more distressing.

     Stated bluntly, your proposal to outsource a line of synthetic wicker furniture with another supplier, compounded by your proposal to sell knock-offs of Wicker Wicker Wicker's established furniture designs is unacceptable and unlawful. And your attempt to unilaterally establish a 10% royalty for using Wicker Wicker Wicker's designs is both arrogant and insulting.

     Accordingly, we formally demand that you immediately cease any and all efforts to produce, promote, advertise or sell unauthorized copies of Wicker Wicker Wicker's designs; and we demand that you cancel your plans to introduce a line of synthetic wicker in your showrooms.

     There are many legal reasons for these demands. For one, a deal is a deal. Two years ago, Wicker Wicker Wicker agreed to exclusively sell their furniture through your showrooms, and you agreed that Wicker Wicker Wicker would be the exclusive source of wicker furniture in your showrooms. And that arrangement made sense because Wicker Wicker Wicker is and for over 35 years has been the *only* source for wicker furniture in the Michael Taylor style that your showrooms are dedicated to promote.

**SEZA**
Attorneys at Law
Page 2

As you know, in the early 1970s, Ms. Rosequist and Michael Taylor worked closely together, and Ms. Rosequist in those years created the wicker designs that the world is now so familiar with (including, most prominently, the Jennifer chair). Mr. Taylor gladly helped promote the wicker designs as part of the California Look that quickly became associated with his name. But Mr. Taylor never claimed ownership of the wicker designs and never sought to sell or manufacture wicker furniture. Rather, starting a decade before you and Mr. Taylor even formed Michael Taylor Designs, Inc. in 1985, Ms. Rosequist established Wicker Wicker Wicker and has, continuously to this day, been the sole source of the Jennifer chair and the other wicker furniture associated with Michael Taylor's California Look.

Because of this long history, any attempt by you to introduce in your showrooms other wicker furniture (whether synthetic or natural) would certainly create confusion for consumers about the source and origin of the furniture. For this reason as well, the proposal in your February 13, 2008 letter is misguided. (See California Civil Code section 1770.)

Additionally, because Wicker Wicker Wicker's designs have become so established over the last 35 years – and, indeed, have been shown in numerous design magazines and displayed in the Museum of Modern Art's collection in San Francisco – the distinctive look of Wicker Wicker Wicker's furniture by itself carries, with knowledgeable consumers, a clear indication of the furniture's source. In legal parlance, the furniture is protected by Trade Dress, and any steps to create copies or knock-offs is unlawful. Moreover, liability for trade dress infringement extends not just to the ultimate retailer, but also to those who manufacturer and import infringing products.

In your February 13, 2008 letter, you state that the synthetic wicker copies that you propose to sell are "beautifully hand woven onto powder coated frames [with] quality superior to anything I have seen on the market." Ms. Rosequist certainly appreciates your effort to prevent the value of her business and the integrity of her designs from being devalued by "cheap" knock-offs. But the point remains that *any* unauthorized reproduction of Wicker Wicker Wicker's designs devalues those designs and harms Wicker Wicker Wicker's business.

Ms. Rosequist has expressed to us how perplexed she is that matters reached this point where it appears that you are trying to take advantage of her at a time when her health is poor. Hopefully, the matter can be quickly resolved and all sides can return to a mutually acceptable and collegial relationship. But before that can occur, you must cancel your plans to manufacture synthetic knock-offs of Wicker Wicker Wicker's designs.

Very truly yours,

Douglas A. Applegate

DAA:F
cc: Ivy Rosequist, via fax

101 Montgomery Street • 27th Floor • San Francisco • CA • 94104
Phone: 415.979.0500 • Fax: 415.979.0511

**EXHIBIT E**

# M
# T

MICHAEL TAYLOR DESIGNS 155 RHODE ISLAND STREET SAN FRANCISCO CALIFORNIA 94103
TEL: 415-558-9940   FAX: 415 558-9770

## FACSIMILE TRANSMITTAL

DATE: March 20, 2008

TO:     Mr. Douglas Applegate
        Seiler, Epstein, Ziegler & Applegate, LLP

FAX:    415-979-0511

FR:     Paul Weaver
        Michael Taylor Designs, Inc.

#PAGES (INCLUDING COVER) ⌇2

**RE: Wicker Wicker Wicker/Ivy Rosequist**

Attn: Mr. Applegate,

You have no rights to demand or restrict Michael Taylor Designs' ability and right to develop
product of any description. To address your concerns, MTD has abandoned development of
items exclusively offered by WWW. We do so without acknowledging ownership of the designs or
issues of trade dress. This is being done as a courtesy and an attempt to avoid wasteful and
spurious legal actions.

The tone and premise of your letters in addition to the lack of recognition my efforts on Ivy and
William's behalf has irreparably damaged the relationship.

This letter is notice that Michael Taylor Designs will no longer act as sales agent for Wicker
Wicker Wicker. As of this date no further orders will be taken. Inventory of WWW products in our
San Francisco, Miami, Los Angeles, New York and Chicago showrooms must be picked up by
WWW. WWW must arrange pick up of its property no later than April 11, 2008. If not removed by
that date MTD will place the items in storage and WWW will be responsible for storage and
freight charges.

Orders currently in work will be honored (see attached list).

Cordially,

MICHAEL TAYLOR DESIGNS, INC.

Paul J. Weaver
President

Wicker Wicker Wicker Orders in Production, March 20, 2008

| MTD# | Client Name |
|------|-------------|
| 9160 | Katherine Newman |
| 10115 | Sanborn Designs, Inc. |
| 10112 | Sanborn Designs, Inc. |
| 10472 | Sandra York Interiors |
| 10514 | Sanborn Designs, Inc. |
| 10644 | Nathan Egan Interiors |
| 10662 | Joel Gevis Inc. |
| 10768 | Cafaro Designs |
| 10790 | Rod Winterrowd |
| 10794 | West End Design |
| 10795 | Espace, Inc. |