1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Andrew M. Sussman (SBN 112418)
3  18400 Von Karman, Suite 300
   Irvine, California 92612
4  Telephone:  (949) 553-1010
   Facsimile:  (949) 553-2050
5  jal@gauntlettlaw.com
   ams@gauntlettlaw.com
6
   Attorneys for Defendant and Counterclaimant
7  Michael Taylor Designs, Inc.

8

9              UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12 | IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, | Case No.: CV 08-1588 SBA |
13 | | |
   | Plaintiff, | **CERTIFICATION BY DEFENDANT MICHAEL TAYLOR DESIGNS, INC. OF INTERESTED ENTITIES OR PARTIES** |
14 | | |
15 | vs. | |
   | | **[Local Rule 3-16]** |
16 | MICHAEL TAYLOR DESIGNS, INC., a California corporation, | |
17 | | |
18 | Defendant. | |

19 | | |
20 | MICHAEL TAYLOR DESIGNS, INC., a California corporation, | |
21 | | |
22 | Counterclaimant, | |
23 | vs. | |
24 | IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, | |
25 | | |
26 | Counterdefendant. | |

27

28

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

Dated: April 11, 2008                    **GAUNTLETT & ASSOCIATES**


                                         By:  /s/ Andrew M. Sussman
                                              David A. Gauntlett
                                              James A. Lowe
                                              Andrew M. Sussman

                                         Attorneys for Defendant and Counterclaimant
                                         Michael Taylor Designs, Inc.