Douglas A. Applegate (SBN 142000)
George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiff
Ivy Rosequist, individually and dba
Wicker-Wicker-Wicker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER<br><br>Plaintiff<br>vs.<br><br>MICHAEL TAYLOR DESIGNS, INC., a California Corporation<br><br>Defendant | Case No.: CV 08-1588 SBA<br><br>**ANSWER OF IVY ROSEQUIST TO COUNTERCLAIM**<br><br>**Jury Trial Demanded** |

Answering the counterclaim of Michael Taylor Designs, Ivy Rosequist alleges as follows:

1. Ivy Rosequist admits the allegations in paragraphs 1, 3, 4, 6, and 7 of the counterclaim.

2. Ivy Rosequist denies the allegations in paragraphs 8 and 11 of the counterclaim.

3. Ivy Rosequist lacks sufficient information and belief to either admit or deny the allegations in paragraphs 5 of the counterclaim.

4. Ivy Rosequist denies the allegation in paragraph 2 of the counterclaim that "Rosequist resides in . . . the County of San Francisco" but admits the remaining allegations of that paragraph.

1

ANSWER TO COUNTERCLAIM

5. Ivy Rosequist admits that Exhibit 1001 is a copy of an internet web page maintained by the San Francisco Museum of Modern Art. Ivy Rosequist denies the remaining allegations of paragraph 9 of the counterclaim.

6. Ivy Rosequist admits that she contends that she designed the Jennifer Chair and is entitled to all trademark and trade dress rights appurtenant to the chair's design and the "Jennifer Chair" mark as it pertains to wicker furniture. Ivy Rosequist denies that she provided actual or implied consent for Michael Taylor Designs, Inc. to use the "Jennifer Chair" mark. Ivy Rosequist lacks sufficient information or belief to either admit or deny the remaining allegations of paragraph 10 of the counterclaim, and therefore denies them.

## AFFIRMATIVE DEFENSES

As and for affirmative defenses to the counterclaim of Michael Taylor Designs, Inc., Ivy Rosequist alleges:

**A. Unclean Hands**. Michael Taylor Designs, Inc. is barred in whole or in part from the relief sought in its counterclaim by virtue of its unclean hands.

**B. Estoppel**. Michael Taylor Designs, Inc. is barred in whole or in part from the relief sought in its counterclaim by virtue of the doctrine of estoppel.

### Prayer

Ivy Rosequist prays for relief as follows:

1. The Michael Taylor Designs, Inc. be denied the declaration of rights that it seeks, and that the court instead adjudicate and declare that Ivy Rosequist is tntiled to all trademark and trade dress rights appurtenant to the design and mark of the "Jennifer Chair."

2. For costs of suit, including reasonable attorney's fees if allowed by any provision of law; and

3. For such further relief as the Court deems to be just and proper.

DATED: May 1, 2008                SEILER EPSTEIN ZIEGLER & APPLEGATE LLP

By: _____/s/_____
    Douglas A. Applegate
    Attorneys for plaintiff Ivy Rosequist
    individually and dba Wicker-Wicker-Wicker

2

ANSWER TO COUNTERCLAIM

1  DEMAND FOR JURY TRIAL

2  Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of
3  Civil Procedure.

4  DATED:  May 1, 2008

S<small>EILER</small> E<small>PSTEIN</small> Z<small>IEGLER</small> & A<small>PPLEGATE</small> LLP

By: _____/s/_____
  Douglas A. Applegate

Attorneys for plaintiff Ivy Rosequist
individually and dba Wicker-Wicker-Wicker

ANSWER TO COUNTERCLAIM