1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Andrew M. Sussman (SBN 112418)
3  18400 Von Karman, Suite 300
   Irvine, California  92612
4  Telephone:    (949) 553-1010
   Facsimile:    (949) 553-2050
5  jal@gauntlettlaw.com
   ams@gauntlettlaw.com
6
   Attorneys for Defendant and Counterclaimant
7  Michael Taylor Designs, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, | ) ) ) | Case No.:  CV 08-1588 SBA |
|---|---|---|
|   Plaintiff, | ) ) ) | **STATEMENT OF FACT OF DEATH OF PLAINTIFF** |
|   vs. | ) ) ) | **[FRCP 25(a)(1)]** |
| MICHAEL TAYLOR DESIGNS, INC., a California corporation, | ) ) ) |   |
|   Defendant. | ) ) |   |
| MICHAEL TAYLOR DESIGNS, INC., a California corporation, | ) ) ) ) |   |
|   Counterclaimant, | ) ) |   |
|   vs. | ) ) |   |
| IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, | ) ) ) |   |
|   Counterdefendant. | ) ) |   |

1  Pursuant to Rule 25(a)(i) of the Federal Rules of Civil Procedure, PLEASE TAKE NOTICE
2  that Plaintiff and Counterdefendant Ivy Rosequist, dba Wicker-Wicker-Wicker, is deceased.

4  Dated:  June 3, 2008                                         **GAUNTLETT & ASSOCIATES**

6                                                               By:   /s/ Andrew M. Sussman
7                                                                     David A. Gauntlett
                                                                      James A. Lowe
                                                                      Andrew M. Sussman

9                                                               Attorneys for Defendant and Counterclaimant
                                                                Michael Taylor Designs, Inc.