1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Andrew M. Sussman (SBN 112418)
3  18400 Von Karman, Suite 300
   Irvine, California 92612
4  Telephone:    (949) 553-1010
   Facsimile:    (949) 553-2050
5

   Attorneys for Defendant and Counterclaimant
6  Michael Taylor Designs, Inc.

7  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
   Douglas A. Applegate (SBN 142000)
8  George M. Lee (SBN 172982)
   101 Montgomery Street, 27th Floor
9  San Francisco, California 94104-4101
   Telephone:    (415) 979-0500
10 Facsimile:    (415) 979-0511

11 Attorneys for Plaintiff and Counterdefendant
   Ivy Rosequist, individually and dba Wicker-Wicker-Wicker
12

13                      **UNITED STATES DISTRICT COURT**

14                      **NORTHERN DISTRICT OF CALIFORNIA**

15 IVY ROSEQUIST, individually and doing    ) Case No.: CV 08-1588 SBA
   business as WICKER-WICKER-WICKER,        )
16                                          )
                          Plaintiff,        ) **STIPULATION AND [PROPOSED]**
17       vs.                                ) **ORDER TO CONTINUE INITIAL CASE**
                                            ) **MANAGEMENT CONFERENCE AND**
18 MICHAEL TAYLOR DESIGNS, INC., a          ) **RELATED DISCLOSURE AND ADR**
   California corporation,                  ) **DEADLINES**
19                                          )
                          Defendant.        ) **[L.R. 6-2 and 7-12]**
20                                          )
   _____  )
21                                          )
22 MICHAEL TAYLOR DESIGNS, INC., a          )
   California corporation,                  )
23                                          )
                       Counterclaimant,     )
24       vs.                                )
25                                          )
   IVY ROSEQUIST, individually and doing    )
26 business as WICKER-WICKER-WICKER,        )
                                            )
27                     Counterdefendant.    )
                                            )
28 _____  )

1    Pursuant to Rules 6-2 and 7-12 of the Local Rules of this Court, Plaintiff and
2 Counterdefendant Ivy Rosequist, dba Wicker-Wicker-Wicker ("Rosequist") and Defendant and
3 Counterclaimant Michael Taylor Designs, Inc. ("MTD"), by and through their respective counsel
4 and subject to the approval of this Court, hereby stipulate and agree to the following:

5    WHEREAS, in this lawsuit Rosequist has sued MTD for Lanham Act violations and for
6 breach of oral contract, and MTD has sued Rosequist for declaratory relief; and

7    WHEREAS, upon the commencement of this lawsuit on March 24, 2008 this Court
8 (Honorable Saundra B. Armstrong, United States District Judge) issued an Order Setting the Initial
9 Case Management Conference and ADR deadlines (the "Order"); and

10    WHEREAS, on May 29, 2008 Rosequist died; and

11    WHEREAS, on June 3, 2008 MTD filed notice of Rosequist's death pursuant to Fed. R. Civ.
12 P. 25(a)(1); and

13    WHEREAS, to the best knowledge of respective counsel for both sides no personal
14 representative or administrator of Rosequist's estate has yet been appointed, and whether this lawsuit
15 will continue to be litigated is not yet known and will not be known until there has been an
16 appointment and the decision is made; and

17    WHEREAS, due to the foregoing counsel for Rosequist cannot presently comply with the
18 Order's requirements; and

19    WHEREAS, under the circumstances counsel for both sides agree that this lawsuit should be
20 stayed and all deadlines previously set by the Order should be continued to allow sufficient time for
21 a personal representative or administrator of Rosequist's estate to be appointed and decide whether
22 or not this lawsuit is to proceed; and

23    WHEREAS, no previous time modifications in this lawsuit have been previously sought or
24 granted, and the time modifications proposed here may delay this lawsuit's resolution for only a few
25 months.

26    ACCORDINGLY, the parties agree that the dates set forth in the Order shall be continued as
27 follows:

28    (a)    The parties' last day to meet and confer re initial disclosures, early settlement, ADR

process selection and discovery plan, and to file their joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, is continued from June 11, 2008 until October 13, 2008;

    (b)    The parties' last day to file Rule 26(f) Reports, complete initial disclosures or state objection and Rule 26(f) Report, and file Case Management Statements per the Court's Standing Order re Contents of Joint Case Management Statement, is continued from June 25, 2008 to October 27, 2008;

    (c)    The Initial Case Management Conference for this lawsuit, previously set to take place on July 2, 2008 in Courtroom 3, Third Floor, at 3:00 p.m., is continued and instead shall take place on November 5, 2008 at 3:00 p.m. at the same time and place.

Dated:  June 5, 2008                                **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

By:    /s/ Douglas A. Applegate
        Douglas A. Applegate, Esq.

Attorneys for Plaintiff and Counterdefendant
Ivy Rosequist, individually and doing business as Wicker-Wicker-Wicker

Dated:  June 5, 2008                                **GAUNTLETT & ASSOCIATES**

By:    /s/ Andrew M. Sussman
        David A. Gauntlett
        James A. Lowe
        Andrew M. Sussman

Attorneys for Defendant and Counterclaimant
Michael Taylor Designs, Inc.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                        UNITED STATES DISTRICT JUDGE