1  **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)
3  18400 Von Karman, Suite 300
Irvine, California  92612
4  Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
5
Attorneys for Defendant and Counterclaimant
6  Michael Taylor Designs, Inc.

7  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Douglas A. Applegate (SBN 142000)
8  George M. Lee (SBN 172982)
101 Montgomery Street, 27th Floor
9  San Francisco, California  94104-4101
Telephone:    (415) 979-0500
10 Facsimile:    (415) 979-0511

11 Attorneys for Plaintiff and Counterdefendant
Ivy Rosequist, individually and dba Wicker-Wicker-Wicker
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15 | IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, ) Case No.:  CV 08-1588 SBA
16 |                                              )
17 |              Plaintiff,                      ) **STIPULATION AND ORDER TO CONTINUE  INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DISCLOSURE AND ADR DEADLINES**
     vs.                                          )
18 |                                              )
     MICHAEL TAYLOR DESIGNS, INC., a              )
19 | California corporation,                      )
                                                  ) **[L.R. 6-2 and 7-12]**
20 |              Defendant.                      )
21 | ─────────────────────────────────────────    )
22 | MICHAEL TAYLOR DESIGNS, INC., a              )
     California corporation,                      )
23 |                                              )
24 |              Counterclaimant,                )
     vs.                                          )
25 |                                              )
     IVY ROSEQUIST, individually and doing        )
26 | business as WICKER-WICKER-WICKER,            )
                                                  )
27 |              Counterdefendant.               )
                                                  )
28 | ─────────────────────────────────────────    )

1  Pursuant to Rules 6-2 and 7-12 of the Local Rules of this Court, Plaintiff and
2  Counterdefendant Ivy Rosequist, dba Wicker-Wicker-Wicker ("Rosequist") and Defendant and
3  Counterclaimant Michael Taylor Designs, Inc. ("MTD"), by and through their respective counsel
4  and subject to the approval of this Court, hereby stipulate and agree to the following:

5  WHEREAS, in this lawsuit Rosequist has sued MTD for Lanham Act violations and for
6  breach of oral contract, and MTD has sued Rosequist for declaratory relief; and

7  WHEREAS, upon the commencement of this lawsuit on March 24, 2008 this Court
8  (Honorable Saundra B. Armstrong, United States District Judge) issued an Order Setting the Initial
9  Case Management Conference and ADR deadlines (the "Order"); and

10  WHEREAS, on May 29, 2008 Rosequist died; and

11  WHEREAS, on June 3, 2008 MTD filed notice of Rosequist's death pursuant to Fed. R. Civ.
12  P. 25(a)(1); and

13  WHEREAS, to the best knowledge of respective counsel for both sides no personal
14  representative or administrator of Rosequist's estate has yet been appointed, and whether this lawsuit
15  will continue to be litigated is not yet known and will not be known until there has been an
16  appointment and the decision is made; and

17  WHEREAS, due to the foregoing counsel for Rosequist cannot presently comply with the
18  Order's requirements; and

19  WHEREAS, under the circumstances counsel for both sides agree that this lawsuit should be
20  stayed and all deadlines previously set by the Order should be continued to allow sufficient time for
21  a personal representative or administrator of Rosequist's estate to be appointed and decide whether
22  or not this lawsuit is to proceed; and

23  WHEREAS, no previous time modifications in this lawsuit have been previously sought or
24  granted, and the time modifications proposed here may delay this lawsuit's resolution for only a few
25  months.

26  ACCORDINGLY, the parties agree that the dates set forth in the Order shall be continued as
27  follows:

28  (a)  The parties' last day to meet and confer re initial disclosures, early settlement, ADR

1  process selection and discovery plan, and to file their joint ADR Certification with Stipulation to
2  ADR Process or Notice of Need for ADR Phone Conference, is continued from June 11, 2008 until
3  October 13, 2008;

4      (b)    The parties' last day to file Rule 26(f) Reports, complete initial disclosures or state
5  objection and Rule 26(f) Report, and file Case Management Statements per the Court's Standing
6  Order re Contents of Joint Case Management Statement, is continued from June 25, 2008 to October
7  27, 2008;

8      (c)    The Initial Case Management Conference for this lawsuit, previously set to take place
9  on July 2, 2008 in Courtroom 3, Third Floor, at 3:00 p.m., is continued and instead shall take place
10 on November 5, 2008 at 3:00 p.m. via telephone. The parties shall **meet and confer** prior to the
11 conference and shall prepare a joint Case Management Conference Statement which shall be filed no
12 later than ten (10) days prior to the Case Management Conference that complies with the Standing
13 Order For All Judges Of The Northern District Of California and the Standing Order of this Court.
14 Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.
15 All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: June 9, 2008        **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

                                  By:   /s/ Douglas A. Applegate
                                          Douglas A. Applegate, Esq.

Attorneys for Plaintiff and Counterdefendant
Ivy Rosequist, individually and doing business
as Wicker-Wicker-Wicker

Dated: June 9, 2008        **GAUNTLETT & ASSOCIATES**

                                By:   /s/ Andrew M. Sussman
                                   David A. Gauntlett
                                   James A. Lowe
                                   Andrew M. Sussman

Attorneys for Defendant and Counterclaimant
Michael Taylor Designs, Inc.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:  6/6/08                                    _____

4                                                    UNITED STATES DISTRICT JUDGE