Douglas A. Applegate (SBN 142000)
George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax: (415) 979-0511

Attorneys for Plaintiff
Ivy Rosequist, individually and dba
Wicker-Wicker-Wicker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL TAYLOR DESIGNS, INC., a California Corporation<br><br>Defendant | Case No.: CV 08-1588 SBA<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**<br><br>**[FRCP 25(a)(1)]**<br><br>Date: October 7, 2008<br>Time: 1:00 p.m.<br>Ctrm: Three, 3rd Floor<br>Judge: Hon. Saundra B. Armstrong |
| AND RELATED COUNTER-CLAIMS | |

Before this Court is the motion brought on behalf of decedent plaintiff Ivy Rosequist to substitute William Giffen as the plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Having read and considered the papers filed in support of this motion, and with good cause appearing, the Court hereby GRANTS the motion and orders that William Giffen be substituted as the plaintiff in this matter.

Pending the determination of Mr. Giffen's petition for declaratory relief by the San Mateo County Probate Court, Mr. Giffen shall be substituted as an individual, as the Trustee of the Ivy Rosequist Trust, and as the personal representative of the estate of Ivy Rosequist.

1  Mr. Giffen shall notify the Court when the declaratory relief petition is decided and apply, at that
2  time, for a further order tailoring the capacity in which he is appearing in this lawsuit to conform
3  with the determination of the San Mateo Probate Court.

4  **IT IS SO ORDERED.**

6  Dated: _____

8  By: _____
9  The Honorable Saundra B. Armstrong

ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law