**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IVY ROSEQUIST, individually and doing business as Wicker-Wicker-Wicker, | No. C 08-01588 SBA |
| | **ORDER** |
| Plaintiff, | [Docket No. 39] |
| v. | |
| MICHAEL TAYLOR DESIGNS, INC., a California corporation, | |
| Defendant. | |

And related counter-suits.

On February 20, 2009, the parties' filed a Stipulation and [Proposed] Order for Substitution of Plaintiff and Continuance of Case Management Conference and Related Deadlines (the "Stipulation") [Docket No. 39], withdrawing plaintiff's Motion to Substitute Party (the "Motion") [Docket No. 13] and substituting in William Giffen for decedent and former plaintiff Ivy Rosequist. Accordingly, the hearing set for the Motion on February 24, 2009, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, is VACATED.

Further, pursuant to the parties' Stipulation, the Case Management Conference set for February 24, 2009, at 1:00 p.m., for the same location, is CONTINUED to April 1, 2009, at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing

///

///

///

1  the statement as well as for arranging the conference call.  All parties shall be on the line and shall
2  call (510) 637-3559 at the above indicated date and time.

4      IT IS SO ORDERED.

6      February 23, 2009                          _____
                                                 Saundra Brown Armstrong
                                                 United States District Judge