**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:     (949) 553-1010
Facsimile:      (949) 553-2050
jal@gauntlettlaw.com
ams@gauntlettlaw.com

Attorneys for Defendant and Counterclaimant
Michael Taylor Designs, Inc.

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Douglas A. Applegate (SBN 142000)
George M. Lee (SBN 172982)
101 Montgomery Street, 27th Floor
San Francisco, California  94104-4101
Telephone:     (415) 979-0500
Facsimile:      (415) 979-0511

Attorneys for Plaintiff and Counterdefendant
William Giffen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>MICHAEL TAYLOR DESIGNS, INC., a California corporation, <br><br>　　　　　　　Defendant. <br>_____ <br>MICHAEL TAYLOR DESIGNS, INC., a California corporation, <br><br>　　　　　　　Counterclaimant, <br>　vs. <br><br>IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER, <br><br>　　　　　　　Counterdefendant. | Case No.:  CV 08-1588 SBA (BZ) <br><br>Magistrate Judge Bernard Zimmerman <br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |

1  Pursuant to L. R. 7-12, Plaintiff and Counter defendant William Giffen ("Giffen") and
2  Defendant and Counterclaimant Michael Taylor Designs, Inc. ("MTD"), by and through their
3  respective counsel, hereby stipulate and agree to the following:

4  WHEREAS, on April 6, 2009 this Court entered an Order [Docket No. 45] setting a
5  Settlement Conference for this lawsuit to take place on May 29, 2009, commencing at 9:00 a.m. at
6  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California
7  94102; and

8  WHEREAS, on that date David A. Gauntlett of Gauntlett & Associates, lead counsel for
9  MTD in this case, will be on an airplane returning to California from a trip to Europe whose
10 scheduling long pre-dated the Order's issuance; and

11 WHEREAS, due to an oversight on the part of MTD's counsel this conflict and the need to
12 re-schedule the Settlement Conference only very recently came to counsels' attention; and

13 WHEREAS, Giffen and MTD have conferred and agreed to reschedule the conference to
14 June 26, 2009 (which they understand presently is the earliest date available on the Court's
15 schedule).

16 NOW THEREFORE, subject to the approval of the court the parties stipulate and agree to the
17 following:

18 1. The settlement conference for this lawsuit, previously ordered to commence on May
19 29, 2009 at 9:00 a.m. in Courtroom G, 15th Floor of this Court in San Francisco, California, instead
20 shall commence on June 26, 2009 at the same time and place originally set.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2. All other provisions of the Order entered on April 6, 2009 [Docket No. 45] shall remain in effect. The deadlines stated in the Order for filing Settlement Conference statements shall apply to the new Settlement Conference date.

Dated: May 20, 2009                                 **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

By: /s/ Douglas A. Applegate
    Douglas A. Applegate

Attorneys for Plaintiff and Counterdefendant
William Giffen

Dated: May 20, 2009                                 **GAUNTLETT & ASSOCIATES**

By: /s/ Andrew M. Sussman
    David A. Gauntlett
    James A. Lowe
    Andrew M. Sussman

Attorneys for Defendant and Counterclaimant
Michael Taylor Designs, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 21, 2009                                 _____
                                                    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*