UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GIFFEN,<br><br>  Plaintiff(s),<br><br>  v.<br><br>MICHAEL TAYLOR DESIGNS, INC.,<br><br>  Defendant(s). | No. C08-1588 SBA (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **September 24, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **Seven days** prior to the conference, the parties shall lodge a joint statement apprising the Court of any intervening developments which may effect the settlement.

Dated: June 26, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\refs\refs.09\giffen further sc ord.wpd    1