1  Douglas A. Applegate (SBN 142000)
   George M. Lee (SBN 172982)
2  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
   101 Montgomery Street, 27th Floor
3  San Francisco, California 94104
   Phone: (415) 979-0500
4  Fax:     (415) 979-0511

5  Attorneys for Plaintiff
   Ivy Rosequist, individually and dba
6  Wicker-Wicker-Wicker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL TAYLOR DESIGNS, INC., a California Corporation<br><br>Defendant | Case No.: CV 08-1588 SBA<br><br>**STIPULATION AND FOR AMENDED PRETRIAL PREPARATION ORDER** |
| MICHAEL TAYLOR DESIGNS, INC., a California corporation,<br><br>Counterclaimant<br><br>vs.<br><br>IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER,<br><br>Counterdefendant | |

//

//

Plaintiff William Giffen, as substituted party plaintiff and counter-defendant ("Giffen") and defendant and counter-complainant, Michael Taylor Designs, Inc. ("MTD") hereby request, and stipulate to, an Amended Pretrial Preparation Order that amends the Pretrial Preparation Order entered on April 2, 2009 (Doc. 44). The parties' request and stipulation are based on the following:

1. On April 2, 2009, the Court entered a Pretrial Preparation Order (Doc. 44) following the Initial Case Management Conference, which set the following schedule:

   | Date | Event |
   |---|---|
   | 9/30/09 | End of Non-Expert Discovery |
   | 10/30/09 | Exchange of expert designation |
   | 11/30/09 | Close of expert discovery |
   | 1/12/10 | Hearings on Dispositive motions |
   | 1/13-2/5/10 | Mandatory Settlement Conference |
   | 1/31/10 | Meet and Confer |
   | 2/9/10 | Joint Pretrial Conference Statement |
   | 2/9/10 | Serve Trial Briefs |
   | 2/16/10 | Motions in Limine & Objections to Evidence |
   | 2/23/10 | Responses to Motions in limine or objections |
   | 3/2/10 | Pretrial Conference |
   | 3/8/10 | Trial – 5 days |

2. In an effort to resolve this case expeditiously and inexpensively, the parties engaged in a settlement conference before Magistrate Zimmerman on June 26, 2009.

3. The parties made a good faith effort to resolve this action, but were unable to do so primarily due to the denial of insurance coverage by MTD's insurer. A further settlement conference was scheduled before Magistrate Zimmerman for September 24, 2009. The continued date was chosen to provide time for Giffen to file a first amended complaint, and for MTD to file a separate coverage lawsuit

against its insurer and obtain jurisdiction by the Court over its insurer before the September 24, 2009 settlement conference, to hopefully facilitate a settlement in this case.

4. The parties intend to engage in further settlement discussions in a good faith effort to resolve this case. To allow the parties time to attempt a good faith resolution to this action without incurring the costs and fees necessary to complete discovery, the parties have stipulated and agreed to extend the deadlines to complete discovery and all other deadlines in the Pretrial Preparation Order by approximately 90 days. Extending the deadlines in this amount should be sufficient to allow the parties to continue with their good faith efforts to resolve this matter and complete discovery should those efforts fail.

Accordingly, in an effort to promote settlement and ensure the just, expeditious, and inexpensive resolution of this case, it is hereby stipulated and agreed by the undersigned parties that the Pretrial Preparation Order entered on April 2, 2009 be amended as follows (or as closely to the following schedule as the Court's calendar allows):

| Date | Event |
|---|---|
| 12/18/09 | End of Non-Expert Discovery |
| 1/28/10 | Exchange of expert designation |
| 2/28/10 | Close of expert discovery |
| 4/13/10 | Hearings on Dispositive motions |
| 4/14-5/7/10 | Mandatory Settlement Conference |
| 5/1/10 | Meet and Confer |
| 5/11/10 | Joint Pretrial Conference Statement |
| 5/11/10 | Serve Trial Briefs |
| 5/18/10 | Motions in Limine & Objections to Evidence |
| 5/25/10 | Responses to Motions in limine or objections |
| 6/1/10 | Pretrial Conference |
| 6/21/10 | Trial – 5 days |

Dated: August 20, 2009  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

By: /s/ Douglas A. Applegate
Douglas A. Applegate, Esq.

Attorneys for Plaintiff and Counterdefendant
Ivy Rosequist, individually and doing business as
Wicker-Wicker-Wicker

Dated: August 20, 2009  **GAUNTLETT & ASSOCIATES**

By: /s/ David A. Gauntlett
David A. Gauntlett
James A. Lowe
Andrew M. Sussman

Attorneys for Defendant and Counterclaimant
Michael Taylor Designs, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _8/25/09

*Sandra B. Armstrong*
UNITED STATES DISTRICT JUDGE