
| | |
|---|---|
| 1 | Douglas A. Applegate (SBN 142000)<br>George M. Lee (SBN 172982) |
| 2 | **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**<br>101 Montgomery Street, 27th Floor |
| 3 | San Francisco, California 94104<br>Telephone: (415) 979-0500 |
| 4 | Facsimile: (415) 979-0511<br>daa@sezalaw.com |
| 5 | gei@sezalaw.com |
| 6 | Attorneys for Plaintiff<br>William Giffen, successor-in-interest to |
| 7 | Ivy Rosequist, individually and dba<br>Wicker-Wicker-Wicker |
| 8 | **GAUNTLETT & ASSOCIATES**<br>David A. Gauntlett (SBN 96399) |
| 9 | James A. Lowe (SBN 214383)<br>Andrew M. Sussman (SBN 112418) |
| 10 | 18400 Von Karman, Suite 300<br>Irvine, California 92612 |
| 11 | Telephone: (949) 553-1010<br>Facsimile: (949) 553-2050 |
| 12 | jal@gauntlettlaw.com<br>ams@gauntlettlaw.com |
| 13 | |
| 14 | Attorneys for Defendant and Counterclaimant<br>Michael Taylor Designs, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER,<br>　　　　　Plaintiff,<br>　vs.<br>MICHAEL TAYLOR DESIGNS, INC., a California corporation,<br>　　　　　Defendant.<br>────────────────────────<br>MICHAEL TAYLOR DESIGNS, INC., a California corporation,<br>　　　　　Counter-claimant,<br>　vs.<br>IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER,<br>　　　　　Counter-defendant. | Case No.: CV 08-1588 SBA<br><br>Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2) and Civ. L.R. 7-12, Plaintiff and Counter-defendant William Giffen ("Giffen") (substituted in place of original Plaintiff and Counter-defendant Ivy Rosequist, an individual d/b/a "Wicker-Wicker-Wicker") and Defendant and Counter-claimant Michael Taylor Designs, Inc. hereby stipulate and agree, subject to the approval of the Court, that Giffen's First Amended Complaint (a copy of which is attached as **"Exhibit 1005"**) shall be filed by October 22, 2009.

Dated: October 15, 2009  **SEILER EPSTEIN ZIEGLER & APPLEGATE**

By: /s/ Douglas A. Applegate
Douglas A. Applegate
George M. Lee

Attorneys for Plaintiff and Counter-defendant
William Giffen

Dated: October 15, 2009  **GAUNTLETT & ASSOCIATES**

By: /s/ Andrew M. Sussman
David A. Gauntlett
James A. Lowe
Andrew M. Sussman

Attorneys for Defendant and Counter-claimant
Michael Taylor Designs, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _10/16/09

UNITED STATES DISTRICT JUDGE