1  Douglas A. Applegate (SBN 142000)
   George M. Lee (SBN 172982)
2  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
   101 Montgomery Street, 27th Floor
3  San Francisco, California  94104
   Phone:  (415) 979-0500
4  Fax:     (415) 979-0511

5  Attorneys for Plaintiff William Giffen,
   successor-in-interest to Ivy Rosequist,
6  individually and dba Wicker-Wicker-Wicker

7  Robert P. Andris (SBN 130290)
   Lael D. Andara (SBN 215416)
8  **ROPERS, MAJESKI, KOHN & BENTLEY**
   1001 Marshall Street, Suite 300
9  Redwood City, CA  94063-2052
   Phone: (650) 364-8200
10 Fax:    (650) 780-1701

11 Attorneys for Defendant and Counterclaimant
   Michael Taylor Designs, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  WILLIAM GIFFEN, an individual and the successor-in-interest to IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER<br><br>Plaintiff<br>vs.<br><br>MICHAEL TAYLOR DESIGNS, INC., a California Corporation,<br><br>Defendant | Case No.:  CV 08-1588 SBA (BZ) (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR APPEARANCE AT DEPOSITION AND FOR PRODUCTION OF DOCUMENTS** |
| MICHAEL TAYLOR DESIGNS, INC., a California corporation,<br><br>Counter-claimant<br>vs.<br><br>WILLIAM GIFFEN, an individual and the successor-in-interest to IVY ROSEQUIST, individually and doing business as WICKER-WICKER-WICKER,<br><br>Counter-defendant | |

1    Plaintiff William Giffen, as substituted party plaintiff and counter-defendant ("Giffen") and defendant and counter-complainant, Michael Taylor Designs, Inc. ("MTD"), by and through their respective counsel of record, agree: (a) that William Giffen will appear for deposition on a date mutually convenient to the parties but no later than February 19, 2010; and (b) that William Giffen will produce on or before February 12, 2010 all documents and electronically stored information that are in his possession, custody or control and that are responsive to MTD's November 18, 2009 Request for Production.

The parties further agree that any failure by Giffen to honor this stipulation shall be deemed to be the equivalent of a failure to abide by a discovery order and may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f) and the provisions of Judge Elizabeth D. Laporte's January 6, 2010 Order Re Discovery Procedures and Setting Motion Hearing.

Giffen having acknowledged the obligation to provide the requested discovery, the parties further agree that the motions to compel presently set for hearing on February 2, 2010 shall be taken off calendar.  Giffen's counsel will both file this stipulation and deliver by messenger a courtesy copy of this stipulation to Judge Elizabeth D. Laporte.

SO STIPULATED:

Dated:  January 27, 2010            **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**


By:   /s/ Douglas A. Applegate
      Douglas A. Applegate, Esq.

Attorneys for Plaintiff and Counterdefendant
Ivy Rosequist, individually and doing business as
Wicker-Wicker-Wicker

Dated:  January 27, 2010            **ROPERS, MAJESKI, KOHN & BENTLEY**


By:   /s/ Lael D. Andara
      Lael D. Andara, Esq.

Attorneys for Defendant and Counterclaimant
Michael Taylor Designs, Inc.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: _____February 1, 2010_____         _____*Elizabeth D. Laporte*_____
4                                                JUDGE ELIZABETH D. LAPORTE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28