UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM GIFFEN,<br><br>            Plaintiff(s),<br><br>      v.<br><br>MICHAEL TAYLOR DESIGNS, INC.,<br><br>            Defendant(s). | No. C08-1588 SBA (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

At the request of the parties, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Tuesday, March 16, 2010 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The Court will only have 2 -3 hours available, so the parties will have to create a negotiating field prior to the conference. Plaintiff is therefore **ORDERED** to provide defendant with a written settlement demand by no later than **March 4, 2010**, with a copy to the Court. Defendant is **ORDERED** to respond in writing by **March 10, 2010** with a copy to the Court. Any party wishing to supplement its earlier settlement conference

1

statement may do so by **March 12, 2010**.  The previously entered settlement conference order otherwise remains in full force and effect.

Dated: March 1, 2010

                                          Bernard Zimmerman
                              United States Magistrate Judge